E-FILED
Friday, 29 December, 2006  11:28:35 AM
Clerk, U.S. District Court, ILCD

**FILED**

DEC 2 9 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## UNITED STATES DISTRICT COURT
## FOR THE
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

ELAINE L. CHAO, Secretary of Labor,  )
United States Department of Labor,  )
                                    )
                     Plaintiff,     )
                                    )   CIVIL ACTION
          v.                        )
                                    )   File No. *06 - 1322*
FIESTA RANCHERA OF ILLINOIS, INC.,  )
a corporation d/b/a **FIESTA RANCHERA**  )
**RESTAURANTE MEXICANO** and **JUAN**  )
**CANCHOLA,** an Individual,        )
                                    )
                     Defendants.    )

### COMPLAINT

Plaintiff, **ELAINE L. CHAO**, Secretary of Labor, United States Department of Labor, brings this action to enjoin defendants **FIESTA RANCHERA OF ILLINOIS, INC.,** a corporation d/b/a **FIESTA RANCHERA RESTAURANTE MEXICANO** and **JUAN CANCHOLA,** an Individual, from violating the provisions of sections 6, 7, 11 and 15 of the Fair Labor Standards Act of 1938, as Amended (29 U.S.C. §201, et seq.), hereinafter called the Act, pursuant to section 17 of the Act; and to recover unpaid minimum wage and overtime compensation owing to defendants' employees, together with an equal amount as liquidated damages, pursuant to section 16(c) of the Act.

**I**

Jurisdiction of this action is conferred upon the court by sections 16(c) and 17 of the Act and 28 U.S.C. §1345.

**II**

(a)    Defendant, **FIESTA RANCHERA OF ILLINOIS, INC.** d/b/a **FIESTA RANCHERA RESTAURANTE MEXICANO** is and at all times hereinafter mentioned was a corporation with an office and a place of business at 1500 Empire Street, Bloomington, IL 61701 within the jurisdiction of this court, and is and at all times hereinafter mentioned was engaged under the name and style of **FIESTA RANCHERA RESTAURANTE MEXICANO** in the operation of a restaurant and in the performance of related types of activities.

(b)    Defendant, **JUAN CANCHOLA**, an individual, resides at 313 Carl Drive, Bloomington, IL 61704 within the jurisdiction of this court, and at all times hereinafter mentioned acted directly or indirectly in the interest of the corporate defendant in relation to its employees.

**III**

Defendant **FIESTA RANCHERA OF ILLINOIS, INC.,** d/b/a **FIESTA RANCHERA RESTAURANTE MEXICANO** is and at all times hereinafter mentioned was part of an enterprise engaged in related activities performed through unified operation or common control for a common business purpose within the meaning of section 3(r) of the Act.

**IV**

Defendant **FIESTA RANCHERA OF ILLINOIS, INC.** d/b/a **FIESTA RANCHERA RESTAURANTE MEXICANO** is and at all times hereinafter mentioned was part of an enterprise engaged in commerce or in the production of goods for commerce within the meaning of section 3(s)(1)(A) of the Act  in that said enterprise at all times hereinafter mentioned had employees engaged in commerce or in the production of goods for commerce, or employees handling, selling, or otherwise working on goods or materials that have been moved in or produced for commerce by any person and in that said enterprise has and has had an annual gross volume of sales made or business done of not less than $500,000.

2

**V**

Defendants have repeatedly violated the provisions of sections 6 and 15(a)(2) of the Act, by paying many of their employees wages at rates less than $5.15 per hour in workweeks when said employees were engaged in commerce and in the production of goods for commerce or were employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the Act, as aforesaid.

**VI**

Defendants have repeatedly violated the provisions of sections 7 and 15(a)(2) of the Act, by employing many of their employees who in workweeks were engaged in commerce or in the production of goods for commerce, or who were employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the Act, as aforesaid, for workweeks longer than forty hours without compensating said employees for their employment in excess of forty hours per week during such workweeks at rates not less than one and one-half times the regular rate at which they were employed.

**VII**

Defendants, employers subject to the provisions of the Act, have repeatedly violated the provisions of sections 11(c) and 15(a)(5) of the Act in that they failed to make, keep, and preserve adequate and accurate records of employees and the wages, hours and other conditions and practices of employment maintained by them as prescribed by regulations duly issued pursuant to authority granted in the Act and found in 29 CFR 516, in that records fail to show adequately and accurately, among other things, the hours worked each workday and the total hours worked each workweek with respect to many employees and the regular rates at which they were employed.

## VIII

During the period since January 2004, defendants have repeatedly and willfully violated the aforesaid provisions of the Act. A judgment which enjoins and restrains such violations and includes the restraint of any withholding of payment of unpaid minimum wage and overtime compensation found by the court to be due to present and former employees under the Act is expressly authorized by section 17 of the Act.

**WHEREFORE**, cause having been shown, plaintiff prays for a judgment against defendants as follows:

(a)　For an Order pursuant to section 17 of the Act, permanently enjoining and restraining defendants, their officers, agents, servants, employees, and those persons in active concert or participation with them from prospectively violating the provisions of section 15 of the Act; and

(b)　For an Order

(1)　pursuant to section 16(c) of the Act finding defendants liable for unpaid back wages due defendants' employees and for liquidated damages equal in amount to the unpaid compensation found due defendants' employees listed in the attached Exhibit A during the three (3) year period immediately preceding the filing of this complaint and thereafter (additional back wages and liquidated damages may be owed to certain employees presently unknown to plaintiff for the period covered by this complaint); or in the event liquidated damages are not awarded,

(2)　pursuant to section 17 enjoining and restraining defendants, their officers, agents, servants, employees and those persons in active concert or participation with defendants, from withholding payment of unpaid back wages found to be due defendants' employees during the three (3) year period immediately preceding the filing of this complaint and thereafter and

4

pre-judgment interest computed at the underpayment rate established by the Secretary of Treasury pursuant to 26 U.S.C. 6621; and

(c)     For an Order awarding plaintiff the costs of this action; and

(d)     For an Order granting such other and further relief as may be necessary or appropriate.


**HOWARD M. RADZELY**
Solicitor of Labor

**JOAN E. GESTRIN**
Regional Solicitor

**RICHARD A. KORDYS-**Bar Number 8480-63
Attorneys for Plaintiff
Office of the Solicitor
U.S. Department of Labor
230 South Dearborn Street, Suite 844
Chicago, IL  60604
Telephone: (312) 353-1219
Fax: (312) 353-5698
E-mail:kordys-richard@dol.gov

## **EXHIBIT A**

Alpizar, Juan
Alvarado Castillo, Antonio
Alvarez, Luis
Aragon, Eliseo
Estrada, Octavio
Gregorio, Erminio
Ibarra, Vincente Ruiz
Jaramillo Cuerco, Simon
Porras, Javier
Quintana, Andres
Quintana, Humberto
Rangel, Jorge
Sanchez-Ayala, Marco
Soto, Manuel
Vargas, Jose
Villanueva, Francisco

**U.S. Department of Labor**      **OFFICE OF THE SOLICITOR**
230 S. Dearborn Street, 8th Floor
Chicago, Illinois 60604



Reply to:    SOL: RAK
Telephone:  (312) 353-1219
Facsimile:   (312) 353-5698

December 27, 2006

John M. Waters, Clerk
United States District Court
Central District of Illinois
309 U.S. Courthouse
100 N.E. Monroe Street
Peoria IL 61602

Re:    Secretary of Labor v. Fiesta Ranchera of Illinois, Inc., a corporation d/b/a Fiesta
       Ranchera Restaurante Mexicano and Juan Canchola, an Individual

Dear Mr. Waters:

Enclosed please find the original and five (5) copies of a Complaint and Summons for the
defendants referred to in the above-referenced matter. An original and two (2) copies of the Civil
Cover Sheet are also enclosed.

Please file the originals and return conformed copies to this office with the signed Summons so
that they may be served on defendants in accordance with Rule 4 of the Federal Rules of Civil
Procedure.  A self-addressed, franked envelope is enclosed for your convenience.

Thank you for your cooperation in this matter.

Sincerely,

**JOAN E. GESTRIN**
Regional Solicitor

By _Richard A. Kordys_ /RKS
   **RICHARD A. KORDYS**
   Attorney

Enclosures

s.a.f.e

RECEIVED

**E-FILED**

Friday, 29 December, 2006 11:28:49 AM

Clerk, U.S. District Court, ILCD

DEC 29 2006

U.S. ~ PEORIA, ILLINOIS

**JS 44** (Rev. 11/04)

**CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Elaine L. Chao, Secretary of Labor,
United States Department of Labor,

**DEFENDANTS**

Fiesta Ranchera of Illinois, Inc., a corporation., et al.

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant    McLean
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Richard A. Kordys, U.S. Dept. of Labor, Office of the Solicitor,
230 S. Dearborn St., Rm. 844, Chicago, IL 60604 312-353-1219

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☒ 1  U.S. Government
Plaintiff

☐ 3  Federal Question
(U.S. Government Not a Party)

☐ 2  U.S. Government
Defendant

☐ 4  Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES(Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)    and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☒ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN (Place an "X" in One Box Only)

Appeal to District
Judge from
Magistrate
Judgment

☒ 1  Original
Proceeding

☐ 2  Removed from
State Court

☐ 3  Remanded from
Appellate Court

☐ 4  Reinstated or
Reopened

☐ 5  Transferred from
another district
(specify)

☐ 6  Multidistrict
Litigation

☐ 7

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
29 U. S. C. Section 201 et seq.

Brief description of cause:
Violations of the Fair Labor Standards Act of 1938, as amended

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:

**JURY DEMAND:**  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):

JUDGE _____

DOCKET NUMBER _____

DATE    12/27/06

SIGNATURE OF ATTORNEY OF RECORD
*Richard A. Kordys*

**FOR OFFICE USE ONLY**

RECEIPT # ___    AMOUNT ___    APPLYING IFP ___    JUDGE ___    MAG. JUDGE ___