AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Central_ District of _Illinois – Peoria Division_

Elaine L. Chao, Secretary of Labor,
U.S. Department of Labor,

        Plaintiff.

V.

Fiesta Ranchera of Illinois, Inc., a corporation d/b/a Fiesta Ranchera Restaurante Mexicano and Juan Canchola, an Individual,

        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-1322

TO: (Name and address of Defendant)

Fiesta Ranchera of Illinois, Inc.,
a corporation d/b/a Fiesta Ranchera Restaurante Mexicano
c/o Johnson Law Office
Douglas R. Smith, Registered Agent
115 W. Front St., Bloomington, IL  61701

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard A. Kordys
U. S. Department of Labor
Office of the Solicitor
230 S. Dearborn St., Room 844
Chicago, IL  60604

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters                            12/29/6
CLERK                                                DATE

s/ H. Kallister
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were _____

☐ Returned _____

☐ Other _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                    Date                                Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.