**E-FILED**
Wednesday, 03 January, 2007  01:53:19 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | | |
|---|---|---|
| ELAINE L. CHAO, Secretary of<br>Labor, United States<br>Department of Labor | ) )<br>)<br>) | |
| Plaintiff, | ) )<br>) | No. 06-1322 |
| v. | ) )<br>) | |
| FIESTA RANCHERA OF ILLINOIS,<br>Inc., et. al, | ) )<br>)<br>) | |
| Defendants. | ) | |

## O R D E R

It has been brought to the Court's attention that this case, Chao v. Fiesta Ranchera of Illinois, 06-1322, is related to Chao v. Fiesta Ranchera of West Bloomington, 06-1321. Since Chao v. Fiesta Ranchera of West Bloomington is the earlier filed case, the Clerk is directed to REASSIGN this Case to United States District Judge Michael M. Mihm.

ENTERED this   3rd   day of January, 2007.

    s/ Joe Billy McDade
       Joe Billy McDade
United States District Judge