UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS



**JOHN A. GORMAN**
United States Magistrate Judge

211 Federal Building
100 N.E. Monroe
Peoria, Illinois  61602
Telephone:  309-671-7140

April 20, 2007

Mark Douglas Johnson
JOHNSON LAW OFFICE LTD
115 W Front St
Bloomington, IL 61701

Dear Mr. Johnson:

On September 1, 2004, the Central District of Illinois became an electronic court.  Local Rules have been implemented and Administrative Procedures adopted.  Pursuant to the Administrative Procedures, registration for and utilization of the electronic filing system is mandatory, unless the presiding judge in each particular case enters an order allowing the attorney to "opt out" in that case.

In 06-1321, 06-1322, 06-1323 and 06-1324 you are an attorney of record.  Our records indicate that you have registered for the Electronic system but continue to file pleadings conventionally by mailing them to the clerk's office.  This is a reminder that your participation in those cases is not in conformance with the Rules and Procedures of this Court.

The Home Page for the Central District of Illinois is www.ilcd.uscourts.gov.  At that site, you will find much valuable information about the electronic system, including the Local Rules and Administrative Procedures.  Our Court also offers attorney training sessions.  If you are interested, please call the clerk's office to inquire about a training session..

We appreciate your careful consideration and look forward to your  participation in the electronic filing system.

Sincerely,

s/ John A. Gorman

John A. Gorman
United States Magistrate Judge

JAG/wlw
enc.