UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Howard & Howard
law for business

One North Main
Suite 300
101 North Main Street
Ann Arbor, MI 48104.1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
Bloomfield Hills, MI 48304.5151
248.645.1483
Fax 248.645.1568

The Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007.4718
269.382.1483
Fax 269.382.1568

The Wells Fargo Tower
Suite 850
3800 Howard Hughes Parkway
Las Vegas, NV 89169.5914
702.222.2113
Fax 702.227.0615

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602.1350
309.672.1483
Fax 309.672.1568

ELAINE L. CHAO, SECRETARY
OF LABOR, UNITED STATES
DEPARTMENT OF LABOR,

Plaintiffs,

v.

FIESTA RANCHERA OF ILLINOIS, INC.,
a Corporation d/b/a FIESTA
RANCHERA RESTAURANTE
MEXICANO, and JUAN CANCHOLA,

Defendants.

Case No. 1:06-cv-01322 JAG

## MOTION FOR SUBSTITUTION OF COUNSEL

I, Mark Johnson, Attorney at Law, hereby stipulate to substitution of counsel and move for substitution of Howard & Howard Attorneys, P.C. in my place. I withdraw my appearance on behalf of the Defendants, Fiesta Ranchera of Illinois, Inc., a corporation d/b/a Fiesta Ranchera Restaurante Mexicano, and Juan Canchola.

Respectfully submitted,

Johnson Law Office Ltd.

By /s/ Mark D. Johnson
Mark D. Johnson
Johnson Law Office Ltd
115 W. Front Street
Bloomington, IL 61701
Telephone: (309) 827-3670
Facsimile: (309) 827-3991
Email: mark@johnson-law.net

#296611-v1

Howard & Howard
law for business

One North Main
Suite 300
101 North Main Street
Ann Arbor, MI 48104.1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
Bloomfield Hills, MI 48304.5151
248.645.1483
Fax 248.645.1568

The Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007.4718
269.382.1483
Fax 269.382.1568

The Wells Fargo Tower
Suite 850
3800 Howard Hughes Parkway
Las Vegas, NV 89169.5914
702.222.2113
Fax 702.227.0615

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602.1350
309.672.1483
Fax 309.672.1568

On behalf of Fiesta Ranchera of Illinois, Inc., a corporation d/b/a Fiesta Ranchera Restaurante Mexicano, and Juan Canchola, in compliance with Local Rule 11.2, the undersigned, Michael R. Lied, hereby enters his appearance and shall serve as lead counsel in this matter. The undersigned certifies he is a member in good standing of the bar of this Court.

Respectfully submitted,

Howard & Howard Attorneys, P.C.

By: /s/ Michael R. Lied
Michael R. Lied
Howard & Howard Attorneys, P.C.
One Technology Center
Suite 600
211 Fulton Street
Peoria, IL 61602
Telephone: (309) 672-1483
Facsimile: (309) 672-1568
Email: mrl@h2law.com
ARDC #6197844

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2007 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filings to the following:

Richard Kordys
U.S. Department of Labor
Office of the Solicitor
230 S. Dearborn
8th Floor
Chicago, IL  60604

Mark D. Johnson
Johnson Law Office Ltd
115 W. Front Street
Bloomington, IL  61701

/s/ Michael R. Lied
Michael R. Lied
Howard & Howard Attorneys, P.C.
One Technology Plaza, Suite 600
Peoria, IL  61602-1350
Telephone:   (309) 672-1483
Facsimile:   (309) 672-1568
Email: mrl@h2law.com

Howard & Howard
law for business

One North Main
Suite 300
101 North Main Street
Ann Arbor, MI 48104.1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
Bloomfield Hills, MI 48304.5151
248.645.1483
Fax 248.645.1568

The Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007.4718
269.382.1483
Fax 269.382.1568

The Wells Fargo Tower
Suite 850
3800 Howard Hughes Parkway
Las Vegas, NV 89169.5914
702.222.2113
Fax 702.227.0615

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602.1350
309.672.1483
Fax 309.672.1568