Howard & Howard
law for business

One North Main
Suite 300
101 North Main Street
Ann Arbor, MI 48104.1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
Bloomfield Hills, MI 48304.5151
248.645.1483
Fax 248.645.1568

The Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007.4718
269.382.1483
Fax 269.382.1568

The Wells Fargo Tower
Suite 850
3800 Howard Hughes Parkway
Las Vegas, NV 89169.5914
702.222.2113
Fax 702.227.0615

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602.1350
309.672.1483
Fax 309.672.1568

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

ELAINE L. CHAO, SECRETARY
OF LABOR, UNITED STATES
DEPARTMENT OF LABOR,

　　　　Plaintiffs,

　　v.

FIESTA RANCHERA OF ILLINOIS, INC.,
a Corporation d/b/a FIESTA
RANCHERA RESTAURANTE
MEXICANO, and JUAN CANCHOLA,

　　　　Defendants.

Case No.  1:06-cv-01322 JAG

### CERTIFICATE OF INTEREST

　　The undersigned, counsel of record for Fiesta Ranchera of Illinois, Inc., a corporation d/b/a Fiesta Ranchera Restaurante Mexicano, furnishes the following in compliance with Rule 11.3 of this Court:

1. The full name of every party or amicus the attorney represents in the case:

   Fiesta Ranchera of Illinois, Inc., a corporation d/b/a Fiesta Ranchera Restaurante Mexicano and Nicolas Canchola.

2. If such party or amicus is a corporation:

   a. Its parent corporation, if any;
   b. A list of corporate stock holders which are publicly held companies owning 10% or more of the stock of the party or amicus if it is a publicly held company.

   a. None
   b. None

3. Name of all law firms whose partners or associates appear for a party or are expected to appear for the party in the case:

#286267-v1

**Howard & Howard**
law for business

One North Main
Suite 300
101 North Main Street
Ann Arbor, MI 48104.1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
Bloomfield Hills, MI 48304.5151
248.645.1483
Fax 248.645.1568

The Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007.4718
269.382.1483
Fax 269.382.1568

The Wells Fargo Tower
Suite 850
3800 Howard Hughes Parkway
Las Vegas, NV 89169.5914
702.222.2113
Fax 702.227.0615

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602.1350
309.672.1483
Fax 309.672.1568

Howard & Howard Attorneys P.C.

Respectfully submitted,

Howard & Howard Attorneys, P.C.


By: /s/ Michael R. Lied
    Michael R. Lied
    Howard & Howard Attorneys, P.C.
    One Technology Center
    Suite 600
    211 Fulton Street
    Peoria, IL 61602
    Telephone: (309) 672-1483
    Facsimile: (309) 672-1568
    Email: mrl@h2law.com
    ARDC #6197844

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2007 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filings to the following:

Howard & Howard
law for business

One North Main
Suite 300
101 North Main Street
Ann Arbor, MI 48104.1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
Bloomfield Hills, MI 48304.5151
248.645.1483
Fax 248.645.1568

The Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007.4718
269.382.1483
Fax 269.382.1568

The Wells Fargo Tower
Suite 850
3800 Howard Hughes Parkway
Las Vegas, NV 89169.5914
702.222.2113
Fax 702.227.0615

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602.1350
309.672.1483
Fax 309.672.1568

Richard Kordys
U.S. Department of Labor
Office of the Solicitor
230 S. Dearborn
8th Floor
Chicago, IL  60604

Mark D. Johnson
Johnson Law Office Ltd
115 W. Front Street
Bloomington, IL  61701

/s/ Michael R. Lied
Michael R. Lied
Howard & Howard Attorneys, P.C.
One Technology Plaza, Suite 600
Peoria, IL  61602-1350
Telephone:    (309) 672-1483
Facsimile:    (309) 672-1568
Email: mrl@h2law.com