UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

ELAINE L. CHAO, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,

Plaintiffs,

v.

FIESTA RANCHERA OF ILLINOIS, INC., a Corporation d/b/a FIESTA RANCHERA RESTAURANTE MEXICANO, and JUAN CANCHOLA,

Defendants.

Case No. 1:06-cv-01322 JAG

## AGREED MOTION FOR EXTENSION OF DISCOVERY CUTOFF

Fiesta Ranchera of Illinois, Inc., a corporation d/b/a Fiesta Ranchera Restaurante Mexicano, and Juan Canchola, move the court for an extension of the discovery cutoff in this matter and state as follows:

1. In December 2007, undersigned counsel was told by his client that other counsel would substitute for the Defendants in this matter. However, sometime later, he was advised that he would continue to represent the Defendants after all.

2. Plaintiff's counsel, Richard A. Kordys, has been on leave for several weeks due to surgery and recovery and has been working on a limited basis. He is anticipated to return to work sometime this month, pending doctor's approval.

3. Undersigned counsel and Plaintiff's counsel have discussed the nature of the claims and outstanding discovery. The parties have agreed it would promote the interests of

Howard & Howard
law for business

One North Main
Suite 300
101 North Main Street
Ann Arbor, MI 48104.1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
Bloomfield Hills, MI 48304.5151
248.645.1483
Fax 248.645.1568

The Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007.4718
269.382.1483
Fax 269.382.1568

The Wells Fargo Tower
Suite 850
3800 Howard Hughes Parkway
Las Vegas, NV 89169.5914
702.222.2113
Fax 702.227.0615

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602.1350
309.672.1483
Fax 309.672.1568

#297346-v1

justice to extend the current discovery cutoff of 03-17-08.  The parties further agree that the additional time will allow the parties time to explore the possibility of settlement.

WHEREFORE, Defendants, with agreement of Plaintiff, move the Court to extend the current discovery cutoff by at least 120 days.

Howard & Howard
law for business

One North Main
Suite 300
101 North Main Street
Ann Arbor, MI 48104.1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
Bloomfield Hills, MI 48304.5151
248.645.1483
Fax 248.645.1568

The Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007.4718
269.382.1483
Fax 269.382.1568

The Wells Fargo Tower
Suite 850
3800 Howard Hughes Parkway
Las Vegas, NV 89169.5914
702.222.2113
Fax 702.227.0615

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602.1350
309.672.1483
Fax 309.672.1568

Respectfully submitted,

Fiesta Ranchera of Illinois, Inc., a corporation d/b/a Fiesta Ranchera Restaurante Mexicano, and Juan Canchola

By: /s/ Michael R. Lied
    Michael R. Lied
    Howard & Howard Attorneys, P.C.
    One Technology Center
    Suite 600
    211 Fulton Street
    Peoria, IL  61602
    Telephone:  (309) 672-1483
    Facsimile:  (309) 672-1568
    Email: mrl@h2law.com
    ARDC #6197844

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2008 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filings to the following:

Richard A. Kordys
U.S. Department of Labor
Office of the Solicitor
230 S. Dearborn
8th Floor
Chicago, IL  60604

                                    /s/ Michael R. Lied
Michael R. Lied
Howard & Howard Attorneys, P.C.
One Technology Plaza, Suite 600
Peoria, IL  61602-1350
Telephone:    (309) 672-1483
Facsimile:     (309) 672-1568
Email: mrl@h2law.com

Howard & Howard
law for business®

One North Main
Suite 300
101 North Main Street
Ann Arbor, MI 48104.1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
Bloomfield Hills, MI 48304.5151
248.645.1483
Fax 248.645.1568

The Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007.4718
269.382.1483
Fax 269.382.1568

The Wells Fargo Tower
Suite 850
3800 Howard Hughes Parkway
Las Vegas, NV 89169.5914
702.222.2113
Fax 702.227.0615

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602.1350
309.672.1483
Fax 309.672.1568