**E-FILED**
Wednesday, 25 June, 2008  04:27:43 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | |
| Plaintiff, | |
| v. | Case No.  1:06-cv-01324 JAG |
| LA FIESTA OF CANTON, INC., a Corporation d/b/a LA FIESTA RESTAURANTE MEXICANO, JUAN CANCHOLA and FILIGONIO CANCHOLA, | |
| Defendants. | |

## ENTRY OF APPEARANCE

On behalf of LaFiesta Ranchera of Canton, Inc., a corporation d/b/a LaFiesta Restaurante Mexicano, Juan Canchola and Filigonio Canchola, the undersigned, John K. Kim, hereby enters his appearance.  The undersigned certifies he is a member in good standing of the bar of this Court.

Respectfully submitted,

Howard & Howard Attorneys, P.C.

By:  /s/ John K. Kim
      John K. Kim, ARDC #6286591
      Howard & Howard Attorneys, P.C.
      One Technology Center
      211 Fulton Street, Suite 600
      Peoria, IL  61602
      Telephone: (309) 672-1483
      Facsimile:  (309) 672-1568
      Email: jkk@h2law.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2008 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filings to the following:

Richard Kordys
U.S. Department of Labor
Office of the Solicitor
230 S. Dearborn
8th Floor
Chicago, IL  60604

/s/ John K. Kim
John K. Kim, ARDC #6286591
Howard & Howard Attorneys, P.C.
One Technology Plaza, Suite 600
Peoria, IL  61602-1350
Telephone:     (309) 672-1483
Facsimile:      (309) 672-1568
Email:jkk@h2law.com